United States District Court
Southern District of Texas
**ENTERED**
April 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Empire Torque Tools, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. H-21-3274 |
| | § | |
| Specialty Welding and | § | |
| Turnarounds, LLC, | § | |
|     *Defendant/Third-Party* | § | |
|     *Plaintiff*. | § | |
| v. | § | |
| | § | |
| Robert Greeson, | § | |
|     *Third-Party Defendant*. | § | |

## ORDER OF ADOPTION

On March 27, 2023, Magistrate Judge Peter Bray recommended that Defendant/Third-Party Plaintiff's Motion for Sanctions be granted in part. ECF No. 66. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Report and Recommendation as this court's opinion.

Signed at Houston, Texas, on April **13**, 2023.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE