## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Empire Torque Tools, LLC

v.                                          Case Number: 4:21−cv−03274

Specialty Welding and Turnarounds, LLC

---

### Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge David Hittner**

**LOCATION:**
Courtroom 8A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/8/2023

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Pretrial Conference

---

Date:   June 7, 2023                        Nathan Ochsner, Clerk