# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| EMPIRE TORQUE TOOLS, LLC | § § | |
| Plaintiff, | § § | CASE NO: 4:21-cv-03274 |
| v. | § § | |
| SPECIALTY WELDING AND TURNAROUNDS, LLC, | § § § | |
| Defendant. | § § | |
| v. | § § | |
| ROBERT GREESON | § § | |
| Third Party Defendant | § | |

# **ORDER**

Pending before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff Empire Torque Tools, LLC ("Empire"), Defendant SWAT Welding & Turnarounds, LLC ("SWAT") and Third-Party Defendant Robert Greeson (each individually a "Party" and collectively the "Parties").

Based on the settlement agreement between Empire and SWAT and the agreement of all Parties to dismiss all claims and causes of causes of action asserted in the lawsuit, the Court hereby ORDERS that the Motion is GRANTED, and all claims and causes of action asserted by each of the Parties is hereby DISMISSED with PREJUDICE. Each Party shall bear their own costs and attorney's fees

1

incurred in connection with this lawsuit, consistent with the Parties' settlement agreement. This Order fully and finally disposes of this matter, and any relief not expressly granted herein, is denied.

SIGNED _____.


_____
HON. JUDGE DAVID HITTNER
UNITED STATES DISTRICT JUDGE